UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
LUIS MERCEDES, *on behalf of himself and all others* : 
*similarly situated*, :
:
                        Plaintiff, :         23 Civ. 8269 (JPC)
:
      -v-                                      :            <u>ORDER</u>
:
BENNETT'S DEPARTMENT STORE, INC., :
:
                       Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      At a conference held in this case on November 21, 2023, the Court set a deadline of December 19, 2023, for Defendant's anticipated motion to dismiss. Defendant has not filed a motion to dismiss. Accordingly, no later than January 8, 2024, the parties are directed to submit to the Court a proposed case management plan and scheduling order, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

      SO ORDERED.

Dated: December 29, 2023                               _____
       New York, New York                               JOHN P. CRONAN
                                                        United States District Judge