UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LUIS MERCEDES, *on behalf of himself and all others similarly situated*, :
:
:
Plaintiff, :  23 Civ. 8269 (JPC)
:
-v- :  ORDER
:
BENNETT'S DEPARTMENT STORE, INC., :
:
Defendant. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Under the Case Management Plan entered by the Court on January 30, 2024, a joint status letter was due on June 28, 2024.  Dkt. 15 ¶ 18.  No such status letter has been filed.  The parties shall file the required status letter by July 10, 2024.

    SO ORDERED.

Dated: July 2, 2024
       New York, New York

                                                      JOHN P. CRONAN
                                                United States District Judge